IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMAR ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 23-cv-16434 |
| | ) | |
| v. | ) | Judge Joan H. Lefkow |
| | ) | |
| RONALD KIMBLE, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

Mary B. Richardson-Lowry
Corporation Counsel
Attorney for City of Chicago

BY: ______________________
Caroline Fronczak
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-4883
Attorney No. 6282508
DATE: 5/14/2024

BY: ______________________
David Condron
Attorney for defendant, Ronald Kimble
Assistant Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6273811
DATE: 5/14/24

______________________
Gregory Kulis
Attorney for the plaintiff, Jamar Rogers
Gregory E. Kulis & Associates, Ltd.
134 N. LaSalle Street, Suite 444
Chicago, IL 60606
(312) 580-1830
Attorney No. 6180966
DATE: 4/23/24